Judge Leighton

06-CR-05200-ORD

FILED ____ LODGED
____ RECEIVED

JUL -5 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, )
                Plaintiff, )   NO. CR06-5200RBL
                v. )
THOMAS EUGENE JOSEPH, )   ORDER DISMISSING
      a/k/a "Longview Tom," )   COUNTS 1, 2, AND 4
                Defendant. )   OF THE INDICTMENT

Pursuant to the unopposed motion of the United States to dismiss without prejudice Counts 1, 2, and 4 of the current indictment against Defendant Joseph, and the Court finding good cause to grant said motion,

IT IS HEREBY ORDERED that Counts 1, 2, and 4 of the current indictment against Defendant Joseph are dismissed without prejudice.

Dated this 5th day of July, 2006.

RONALD B. LEIGHTON
United States District Judge

Proposed by:

/s/
GREGORY A. GRUBER
Assistant United States Attorney