**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>        v.<br><br>THOMAS EUGENE JOSEPH,<br><br>                     Defendant. | Case No.  CR06-5200RBL<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision under Bond, by
   (1) having contact with Gypsy Joker member(s) on or about July 15, 2006; and
    (2) traveling to Bend Oregon on July 15, 2006.

The plaintiff appears through Assistant United States Attorney, GREGORY GRUBER; and Pretrial Services Officer, JENNIFER BENNETT.

The defendant appears personally and represented by counsel, COLIN FIEMAN.

The defendant has been advised of the allegations.  The United States withdrew allegation (1) above set forth.   With regard to allegation (2) the parties stipulated that defendant traveled to Bend Oregon on July 15, 2006 without having secured the approval of Pretrial Services, and presented argument to the court as to whether or not that travel was in fact in violation of the terms and conditions of the bond.  The court considered the Appearance Bond, the arguments of counsel and the Conditions of Supervision document signed April 7, 2006 by the defendant with pretrial services.

The court finds the defendant to be in violation of the conditions of his Appearance Bond and agreement with Pretrial Services by traveling to Bend, Oregon July 15, 2006 without prior approval from Pretrial Services.

**The defendant is to be continued on bond, subject to the following amendments/clarifications:**

**1) The defendant must obtain prior written approval from Pretrial Services before leaving the Western District of Washington;**

**2) The condition precluding contact with the Gypsy Joker Motorcycle Gang/Club is deleted.**

August 24, 2006.

 /s/ J. Kelley Arnold
**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1