Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5200RBL |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| THOMAS JOSEPH, | ) | |
| Defendant. | ) | |

After consideration of the Stipulated Motion For Extension Of Time For Filing Of Response To Defendant's Franks Motion to Suppress, the government's request for additional time in order to file its response, is hereby GRANTED.

The government's response to the Defendant's Motion to Suppress is now due on September 11, 2006.

DATED this 5th day of September, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Proposed by:

s/ Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney

Order/U.S. v. Thomas Joseph - 1
CR06-5200RBL