HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS EUGENE JOSEPH,

Defendant.

Case No. CR06-5200 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion to Modify Condition of Release [Dkt. #36].

Having considered the entirety of the records and file herein, the Court rules as follows:

**ORDERED** that Defendant's Motion to Modify Condition of Release [Dkt. #36] is **DENIED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 20th day of November, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1